JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SPELL VONSCHLOBOHM,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN EVANS, MARK JUHAS, VIRGINIA PRYOR, and LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>Defendants. | Case No. 2:21-cv-08941-SB-AGR<br><br>**FINAL JUDGMENT** |

    In light of Plaintiff's voluntary dismissal of Defendant Mark Juhas on March 30, 2022, and for the reasons set forth in the separate order entered this day granting the motions to dismiss filed by Defendants Brian Evans, Los Angeles County Department of Children and Family Services (DCFS), and Virginia Pryor in her official capacity as head of DCFS, it is

    ORDERED AND ADJUDGED that Plaintiff Susan Spell VonSchlobohm's claims against all Defendants are DISMISSED without prejudice.

    This is a Final Judgment.

Dated: June 15, 2022

 

_____
Stanley Blumenfeld, Jr.
United States District Judge

1